# UNITED STATES DISTRICT COURT

District of                  GUAM

James B. McDonald, Jr.

                     **SUMMONS IN A CIVIL CASE**

V.

South Pacific Petroleum Corporation,       CASE NUMBER: **02-00031**
a Guam Corporation, Michael Hahm,
Brian Suhr, and Sang Yeon Hahm

**FILED**
DISTRICT COURT OF GUAM
NOV 18 2002
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

South Pacific Petroleum Corporation, by and through its President, Sang Yeon Hahn

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

         MANTANONA LAW OFFICE
         GCIC Building, Suite 601B
         414 West Soledad Avenue
         Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within     20     days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                                      NOV 1 2 2002

CLERK                                                  DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me: November 14, 2002

NAME OF SERVER (PRINT) Gregory C. Hall       TITLE Process Server

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served: by and through Michael Hahm, Vice-President, South Pacific Petroleum Corp., 2nd Floor Eva Building

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

*Gregory C. Hall* (signature)

P.O. BOX 23964, BARRIGADA, GUAM
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.