# UNITED STATES DISTRICT COURT

District of     GUAM

James B. McDonald, Jr.

V.

South Pacific Petroleum Corporation,
a Guam Corporation, Michael Hahm,
Brian Suhr and Sang Yeon Hahn,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **02-00031**

**FILED**
DISTRICT COURT OF GUAM
NOV 18 2002
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

Michael Hahm

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MANTANONA LAW OFFICE
Suite 601B, GCIC Building
414 West Soledad Avenue
Hagatna, GU 96910

an answer to the complaint which is served on you with this summons, within   **twenty (20)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

(By) DEPUTY CLERK

NOV 12 2002

DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 14, 2002 | |
| NAME OF SERVER (PRINT) Gregory C. Hall | TITLE Process Server | |

☑ Served personally upon the defendant. Place where served: Administrative Offices of South Pacific Petroleum Corporation, 2nd Floor, Eva Building, Upper Tumon

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

*Signature:* Gregory C. Hall

*Address of Server:* P.O. BOX 23964, BARRIGADA, GUAM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.