# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

James B. McDonald, Jr.

**SUMMONS IN A CIVIL CASE**

V.

South Pacific Petroleum Corporation, a
Guam Corporation, Michael Hahm, Brian
Suhr and Sang Yeon Hahn,

CASE NUMBER: **02-00031**

TO: (Name and address of Defendant)

Brian Suhr

FILED
DISTRICT COURT OF GUAM
NOV 18 2002
MARY L. M. MORAN
CLERK OF COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mantanona Law Office
Suite 601B GCIC Building
414 West Soledad Avenue
Hagatna, GU   96910

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

NOV 12 2002

CLERK

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 14, 2002 |

| NAME OF SERVER | TITLE |
|---|---|
| Gregory Hall | Process Server |

☑ Served personally upon the defendant. Place where served: Brian Suhr Vice President, South Pacific Petroleum Corporation, 2nd Floor, Ada Building, Upper Tumon

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

*Signature: Gregory C. Hall*

P.O. BOX 23964 BARRIGADA, GUAM
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.