**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendants*
*Michael Hahm, Brian Suhr*
*and Sang Yeon Hahn*



**FILED**
DISTRICT COURT OF GUAM

JAN 1 6 2003

MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., ) | CIVIL ACTION NO. 02-00031 |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF AND MOTION OF** |
| vs. ) | **DEFENDANTS MICHAEL HAHM,** |
| ) | **BRIAN SUHR AND SANG YEON** |
| SOUTH PACIFIC PETROLEUM ) | **HAHN TO DISMISS** |
| CORPORATION, a Guam Corporation, ) | |
| MICHAEL HAHM, BRIAN SUHR ) | |
| AND SANG YEON HAHN, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on a date and time to be set by the Court, in the courtroom

of the Honorable John S. Unpingco, United States District Judge for the District of Guam,

Defendants Michael Hahm, Brian Suhr and Sang Yeon Hahn, through undersigned counsel, will

appear before the Court to present the following Motion to Dismiss.

### MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Michael

Hahm, Brian Suhr and Sang Yeon Hahn respectfully move this Court to dismiss the Amended



ORIGINAL

Complaint filed in this matter for the reasons that Messrs. Hahn, Hahm and Suhr are not employers as defined in the Civil Rights Act of 1964 or the Americans with Disabilities Act and liability under those Acts does not extend to individuals who are not employers as defined in those Acts. The grounds supporting this Motion are more fully set forth in the accompanying Memorandum in Support of Motion to Dismiss. This Motion is further supported by the pleadings previously filed and by the record before this Court.

DATED this 16th day of January, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By    **G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Michael Hahm, Brian Suhr*
*and Sang Yeon Hahn*