**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendants*
*Michael Hahm, Brian Suhr*
*and Sang Yeon Hahm*



FILED
DISTRICT COURT OF GUAM
JAN 16 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | ) CIVIL ACTION NO. 02-00031 |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, MICHAEL HAHM, BRIAN SUHR AND SANG YEON HAHN, | ) |
| Defendants. | ) |

I, G. PATRICK CIVILLE, hereby certify that on the 16th day of January, 2003, I caused the documents listed below to be served by hand-delivery on Rawlen M. Mantanona, Esq., Mantanona Law Office, GCIC Building, Suite 601B, 414 West Soledad Avenue, Hagåtña, Guam 96910:

1. Notice of and Motion of Defendants Michael Hahm, Brian Suhr and Sang Yeon Hahn to Dismiss;

**ORIGINAL**

2. Memorandum in Support of Motion of Defendants Michael Hahm, Brian Suhr and Sang Yeon Hahn to Dismiss; and

3. [Proposed] Order Granting Motion to Dismiss.

DATED this 16th day of January, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By *[signature]*
    **G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Michael Hahm, Brian Suhr*
*and Sang Yeon Hahn*