**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendants*
*Michael Hahm, Brian Suhr*
*and Sang Yeon Hahn*



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| JAMES B. McDONALD, JR., | ) | CIVIL ACTION NO. 02-00031 |
| Plaintiff, | ) | |
| vs. | ) | **AGREEMENT OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, MICHAEL HAHM, BRIAN SUHR AND SANG YEON HAHN, | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, G. Patrick Civille, am the attorney for Defendants Michael Hahm, Brian Suhr and Sang Yeon Hahn in the above-captioned matter.

2. On January 22, 2003, I spoke by telephone with Rawlen M. Mantanona, counsel for Plaintiff James B. McDonald, Jr., regarding an agreement for a date for oral argument on the Defendants Michael Hahm, Brian Suhr and Sang Yeon Hahn's Motion to Dismiss.

**ORIGINAL**

3. Because Mr. Mantanona will be in trial during February, and is preparing for an argument before he United States Supreme Court scheduled in March, we agreed to a hearing date of April 17, 2003 at 9:00 a.m.

4. I contacted one of the Court's law clerks and confirmed that the agreed upon date would be convenient for the Court.

DATED this 31st day of January, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By G. PATRICK CIVILLE
*Attorneys for Defendants*
*Michael Hahm, Brian Suhr*
*and Sang Yeon Hahn*

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on the 6th day of February, 2003, I caused the foregoing document to be served by hand-delivery on Rawlen M. Mantanona, Esq., Mantanona Law Office, GCIC Building, Suite 601B, 414 West Soledad Avenue, Hagåtña, Guam 96910.

DATED this 6th day of February, 2003.

          TEKER CIVILLE TORRES & TANG, PLLC

          By **G. PATRICK CIVILLE**
             *Attorneys for Defendants*
             *Michael Hahm, Brian Suhr*
             *and Sang Yeon Hahn*