**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendants*



FILED
DISTRICT COURT OF GUAM
FEB 06 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| JAMES B. McDONALD, JR., | ) | CIVIL ACTION NO. 02-00031 |
| Plaintiff, | ) | |
| vs. | ) | **JOINT DISCOVERY PLAN** |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, MICHAEL HAHM, BRIAN SUHR AND SANG YEON HAHN, | ) | |
| Defendants. | ) | |

The parties having met and conferred hereby submit their proposed Joint Discovery Plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(b)

**A.     Initial Disclosures**

The parties shall complete their initial disclosures in accordance with Rule 26(a)(1) of the Rules of Civil Procedure on or about by or before March 6, 2003, which is within fourteen days following the Rule 26(f) conference.

**B.     Interrogatories and Requests for Production**

Both parties anticipate serving initial sets of requests for production of documents and interrogatories within thirty days following completion of the initial disclosures. Both parties

reserve the right to serve a second set of request for production and interrogatories should the need arise during the course of the discovery process.

C.  **Fact Witnesses and Depositions**

The parties anticipate that there will be approximately fifteen (15) fact witnesses that will need to be deposed. Those depositions will begin following the receipt of the responses to the initial set of written discovery and will probably continue throughout the discovery phase.

D.  **Expert Designation and Reports**

1. Plaintiff shall designate its experts and serve their reports in accordance with Rule 26(a)(2)(B) on or before July 15, 2003.

2. Defendant shall designate its experts and serve their reports in accordance with Rule 26(a)(2)(B) on or before September 15, 2003.

3. Plaintiff shall designate its rebuttal experts, if any, and serve their reports in accordance with Rule 26(a)(2)(B) on or before October 15, 2003.

E.  **Expert Depositions**

Depositions of all testifying experts will be scheduled to take place between the months of September and December, 2003.

///

///

///

///

///

///

F.  **Discovery Completion**

The parties presently anticipate that all necessary discovery can be completed by December 1, 2003, with the possible exception of expert discovery, assuming the availability of the necessary witnesses and the lack of any discovery disputes requiring rulings by the Court.

MANTANONA LAW OFFICE

Date: February 6TH, 2003        By: _____
                                    RAWLEN M. MANTANONA
                                    *Attorney for Plaintiff*


TEKER CIVILLE TORRES & TANG, PLLC

Date: February 6TH, 2003        By: _____
                                    G. PATRICK CIVILLE
                                    *Attorneys for Defendants*

3