**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendants*
*Michael Hahm, Brian Suhr*
*and Sang Yeon Hahn*



MAR 27 2003

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., ) | CIVIL ACTION NO. 02-00031 |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **OF CONTINUANCE** |
| ) | |
| SOUTH PACIFIC PETROLEUM ) | |
| CORPORATION, a Guam Corporation, ) | |
| MICHAEL HAHM, BRIAN SUHR ) | |
| AND SANG YEON HAHN, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED that the hearing on Defendants Michael Hahm, Brian Suhr and Sang Yeon Hahn's Motion to Dismiss, currently scheduled for April 17, 2003 at 9:00 a.m., shall be continued to a date and time to be set by the Court. The requested continuance

///

///

///

///

///

**ORIGINAL**

is because counsel for Defendants represents the United States in a civil action in the Marshall Islands and a hearing on a motion to dismiss has been scheduled in that case for April 16, 2003. Counsel will not be able to return to Guam until the evening of April 17, 2003.

SO STIPULATED.

MANTANONA LAW OFFICE

Date: March 21, 2003

By: _____
RAWLEN M. MANTANONA
*Attorney for Plaintiff*

TEKER CIVILLE TORRES & TANG, PLLC

Date: March 21, 2003

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants*

### ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that the hearing on Defendants Michael Hahm, Brian Suhr and Sang Yeon Hahn's Motion to Dismiss, currently scheduled for April 17, 2003 at 9:00 a.m., shall be continued to __May 9__, 2003, at the hour of __10:00 a__.m.

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

RECEIVED
MAR 27 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM