**MANTANONA**
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **James B. McDonald, Jr.**

# IN THE DISTICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JAMES B. MCDONALD, JR. | Civil Case No.02-00031 |
| Plaintiff, | |
| vs. | **REQUEST TO FILE FACSIMILE FILINGS** |
| SOUTH PACIFIC PETROLEUM CORPORATION, et.al. | |
| Defendant, | |

Pursuant to General Rule 5.1, Plaintiff by and through his counsel, Mantanona Law Office through Rawlen M.T. Mantanona, Esq., hereby requests that he be allowed to file Declaration in Support of Plaintiff's Response to Defendant's Motion to Dismiss.

Plaintiff the declarant currently resides in Utah and will mail an original via mail courier.

Plaintiff will file a copy of the Declaration in Support of Plaintiff's Response to Defendant's Motion to Dismiss through his counsel.

Dated this 25th day of April, 2003

MANTANONA LAW OFFICE
Attorney for **James B. McDonald, Jr.**

By: _____
RAWLEN M T MANTANONA, ESQ.
A duly licensed employee

**ORIGINAL**