**MANTANONA LAW OFFICE**

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3658

Attorney for **Plaintiff**

FILED
DISTRICT COURT OF GUAM
APR 25 2003
MARY L. M. MORAN
CLERK OF COURT

17

IN THE DISTICT COURT OF GUAM

TERRITORY OF GUAM

JAMES B. MCDONALD, JR.             ) Civil Case No.02-00031
                                    )
        Plaintiff,                  )
                                    )
    vs.                             ) **DECLARATION IN SUPPORT OF**
                                    ) **PLAINTIFF'S RESPONSE TO**
SOUTH PACIFIC PETROLEUM             ) **DEFENDANT'S MOTION TO DISMISS**
CORPORATION, et.al.                 )
                                    )
        Defendant.                  )
                                    )

I, JAMES B. MCDONALD, JR., being first duly sworn, depose and state:

  1.  I am the Plaintiff in the above-entitled case.

  2.  I am over 18 years of age.

  3.  I was formerly assistant branch manager for Esso Guam, Inc. formerly known as Exxon Guam and had worked for Mobil Oil in Guam and in Singapore and had over fifteen years experience in 2000.

  4.  In March 2000, I was contacted by Defendant Suhr to meet with Defendants Hahm and Hahn in Los Angeles at which point I submitted projections, financials and an operating plan, which could be used in the purchase and subsequent operations of the successful bidder.

**ORIGINAL**

McDonald v. SPPC et.al.
Declaration in Support
Page 2 of 3

5. I was promised by Defendant Hahn that if they were successful that they wanted me to assume full responsibility for the success and/or failure of the business. I agreed and worked for the next few weeks to assemble a bid proposal with Defendant Suhr.

6. Prior to June 2000, I provided Defendants Hahn, Suhr and Hahm Los Angeles assistance in getting their proposal approved by Exxon.

7. I affirm that even in these pre-SPPC negotiations I was harassed by the individual defendants about being overweight and harassed about my race and national origin.

8. In early July, I came to Guam to negotiate my salary and discuss the operations of SPPC.

9. Immediately after the formation of SPPC, I worked out of Defendant Suhr's other business office on SPPC business. I also worked at that location with another Suhr employee who was working both on Suhr's private business and SPPC business.

10. I was provided a vehicle from Suhr as a benefit of working for SPPC immediately after its formation.

11. The individual defendants formally hired me as General Manager and Vice-President promising me a seat Board of Directors and a 5% share of SPPC. To date, Defendants in individual capacity and Defendant SPPC has failed to live up to its promise.

//
//

McDonald v. SPPC et al.
Declaration in Support
Page 3 of 3

Dated this 25th day of April, 2003

By: _____
JAMES B. MCDONALD, JR.