MANTANONA
LAW OFFICE

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **James B. McDonald, Jr.**

IN THE DISTICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JAMES B. MCDONALD, JR. | Civil Case No.02-00031 |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE FACSIMILE FILINGS** |
| SOUTH PACIFIC PETROLEUM CORPORATION, et.al. | |
| Defendant, | |

Plaintiff's request to file facsimile Declaration in Support of Plaintiff's Response to Defendant's Motion to Dismiss is hereby granted.

SO ORDERED this 25th day of April, 2003.

ALBERTO C. LAMORENA, III, Designated Judge
~~HONORABLE JOHN S. UNPINGCO~~
~~Judge; District Court of Guam~~