# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
MAY - 9 2003
MARY L. M. MORAN
CLERK OF COURT

21

**CASE NO. CV-02-00031**         **DATE: 05/09/2003**         **TIME: 11:44 a.m.**

**CAPTION:**

**JAMES B. MCDONALD, JR.** - vs - **SOUTH PACIFIC PETROLEUM CORPORATION, A Guam Corporation, et al.**

*********************************************************************************************

Courtroom Deputy: Leilani Toves Hernandez                    Law Clerk: J. KIPPEN
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded    (Run Time: 11:44:35 - 11:59:58)        Court Security: B. Pereda

*********************************** **A P P E A R A N C E S** ***********************************

**COUNSEL FOR PLAINTIFF(s):**                    **COUNSEL FOR DEFENDANT(s):**

G. PATRICK CIVILLE                                RAWLEN MANTANONA

*********************************************************************************************

**PROCEEDINGS:**          **MOTION TO DISMISS**

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn  X  Under Advisement

(  ) ORDER SUBMITTED    ___ Approved    ___ Disapproved

(  ) ORDER to be Prepared By:

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:** Court takes matter under advisement and will issue its decision by Tuesday, May 13, 2003.

L:\Docs\COURTROOM MINUTES\CV-02-00031.wpd                              END TIME: 11:59 a.m.