William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JAMES B. McDONALD, JR.



FILED
DISTRICT COURT OF GUAM
AUG -5 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL CASE NO. 02-00031 |
| Plaintiff, | |
| vs. | PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, MICHAEL HAHM, BRIAN SUHR and SANG YEON HAHN, | |
| Defendants. | |

### SUBSTITUTION OF COUNSEL

COMES NOW, Plaintiff JAMES B. McDONALD, JR. and moves this Court to substitute the LAW OFFICE OF GORMAN & GAVRAS, as his attorneys of record in the above entitled action, in the place and stead of RAWLEN M T MANTANONA, ESQ.

ORIGINAL

LAW OFFICES OF GORMAN & GAVRAS

Dated: July 25, 2003.       By: _____
                                WILLIAM L. GAVRAS, ESQ.

MANTANONA LAW OFFICE

Dated: ~~July~~ August 4, 2003    By: _____
                                      RAWLEN M T MANTANONA, ESQ.

I consent to the above-referenced substitution of counsel.

Dated: July 29, 2003        By: _____
                                JAMES B. McDONALD, JR.

2