William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JAMES B. McDONALD, JR.



## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL CASE NO. 02-00031 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, MICHAEL HAHM, BRIAN SUHR and SANG YEON HAHN, | |
| Defendants. | |

I certify that the document entitled Substitution of Counsel filed August 5, 2003, with this Court is served on Patrick Civille, Esq. of Teker Civille Torres & Tang, PLLC on August 6, 2003.

LAW OFFICES OF GORMAN & GAVRAS

Date: August 5, 2003

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
JAMES B. McDONALD, JR.

ORIGINAL