William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JAMES B. McDONALD, JR.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL CASE NO. 02-00031 |
| Plaintiff, | |
| vs. | ORDER |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, MICHAEL HAHM, BRIAN SUHR and SANG YEON HAHN, | |
| Defendants. | |

**ORDER**

IT IS SO ORDERED that Plaintiff's Motion to Substitute Counsel is GRANTED.

The Law Offices of Gorman & Gavras, P.C. shall be substituted for Rawlen M T Mantanona, Esq.

DATE: AUG - 8 2003

BY: _____
HONORABLE JOHN S. UNPINGCO
CHIEF DISTRICT JUDGE