**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511



*Attorneys for Defendant*
*South Pacific Petroleum Corporation*



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., ) | CIVIL ACTION NO. 02-00031 |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF TAKING DEPOSITION** |
| vs. ) | |
| ) | |
| SOUTH PACIFIC PETROLEUM ) | |
| CORPORATION, a Guam Corporation, ) | |
| MICHAEL HAHM, BRIAN SUHR ) | |
| AND SANG YEON HAHN, ) | |
| ) | |
| Defendants. ) | |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant South Pacific Petroleum Corporation will take the deposition upon oral examination of the following person at the specified time and place:

| **DEPONENT** | **PLACE** | **DATE** |
|---|---|---|
| James B. McDonald, Jr. | Teker Civille Torres & Tang, PLLC | March 25, 2004 |

The deposition will commence at 1:30 p.m. at the location specified above and shall continue thereafter from day to day, excluding Sundays and legal holidays, until completed. The

deposition will be taken by a notary public or other person authorized to administer oaths.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(2) of the Commonwealth Rules of Civil Procedure, Defendant intends to record the deponent's testimony at the deposition by stenographic means.

DATED at Hagåtña, Guam, this 8th day of March, 2004.

TEKER CIVILLE TORRES & TANG, PLLC

By  G. PATRICK CIVILLE
*Attorneys for Defendant*
*South Pacific Petroleum Corporation*