William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JAMES B. McDONALD, JR.

FILED
DISTRICT COURT OF GUAM
NOV - 9 2004
MARY L. M. MORAN
CLERK OF COURT



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL CASE NO. 02-00031 |
| Plaintiff, | SECOND AMENDED SCHEDULING ORDER |
| vs. | |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, MICHAEL HAHM, BRIAN SUHR and SANG YEON HAHN, | |
| Defendants. | |

THIRD AMENDED SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Proposed ~~Third~~ Second KRW Amended Scheduling Order:

1. The nature of the case is as follows:

    Title VII of the Civil Rights Act of 1964, 42 USCA § 2000e et seq. and the Americans with Disabilities Act, 42 USCA § 12101 et seq., racial, national origin, and harassment in employment.

2. The posture of the case is as follows:

      a)     The following motions are on file (pending):

            None.

      b)     The following formal discovery has been initiated:

            Discovery has been conducted.

3.     All Motions to add parties and claims shall be filed on or before:

       No parties shall be added.

4.     All Motions to amend pleadings shall be filed on or before:

       April 11, 200~~4~~ 2005. KRW

5.     Status of Discovery:

       The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Amended Scheduling Order.

6.     The parties shall appear before the District Court on _December 13, 2004_ at _10:00 a.m._ for the Scheduling Conference.

7.     The discovery cut-off date (defined as the last day to file responses to discovery) is: March 15, 2005.

8.     a)     The anticipated discovery motions are:

            None at this time.

      b)     All discovery motions shall be filed on or before March 29, 2005. These motions will be heard on or before April 22, 2005.

McDonald v. South Pacific Petroleum Corporation, et al.,
Civil Case No. 02-00031
Amended Scheduling Order

      c)     All dispositive motions shall be filed on or before May 6, 2005 and heard on or before May 27, 2005.

9.     The prospects for settlement are:

Unknown at this time.

10.     The Preliminary Pretrial Conference shall be held on _June 21, 2005_ at _10:00_ _a_.m. (no later than 21 days to trial date).

11.     The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before June 28, 2005 (no later than 14 days prior to Trial).

12.     The Proposed Pretrial Order shall be filed on or before June 28, 2005 (no later than 14 days prior to Trial).

13.     The Final Pretrial Conference shall be held on _July 5_ at _10:00_ _a_.m. (no later than 7 days prior to Trial).

14.     The Trial shall be held on _July 12_ at _9:30_ _a_.m.

15.     The Plaintiff seeks a jury trial.

16.     It is anticipated that it will take two to three (2-3) days to try this case.

17.     The names of counsel on this case are:

William L. Gavras, Esq. for Plaintiff.

G. Patrick Civille, Esq. for Defendants.

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

None at this time.

20. The following issues will affect the status or management of the case:

Unknown at this time

Dated: November 9, 2004.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**APPROVED AS TO FORM AND CONTENT:**

LAW OFFICES OF GORMAN & GAVRAS

Date: October 18, 2004.

BY: WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
JAMES B. MCDONALD, JR.

CIVILLE & TANG, PLLC.

Date: October 17, 2004.

BY: G. PATRICK CIVILLE, ESQ.
Attorneys for Defendants

RECEIVED
OCT 25 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM