William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JAMES B. McDONALD, JR.



FILED
DISTRICT COURT OF GUAM
NOV - 9 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL CASE NO. 02-00031 |
| Plaintiff, | |
| vs. | AMENDED DISCOVERY PLAN |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, MICHAEL HAHM, BRIAN SUHR and SANG YEON HAHN, | |
| Defendants. | |

## AMENDED DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rule 16.2, the parties agree to and hereby submit the following plan:

A. Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

B. Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions (25 maximum). Requests for production may also be propounded. This discovery shall

McDonald v. South Pacific Petroleum Corporation, et al.,
Civil Case No. 02-00031
Amended Discovery Plan

be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

C. The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by Local Rules and FRCP Rule 26 by December 22, 2004. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

D. All parties will exchange names and reports (if any) of expert witnesses on or before January 25, 2004.

E. The specific subjects on which discovery may be needed are:

Facts supporting the nature of the claims and defenses.

F. Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the Federal and Local Rules.

G. The Cutoff date for discovery is March 15, 2005.

**APPROVED AS TO FORM AND CONTENT:**

LAW OFFICES OF GORMAN & GAVRAS

Date: October 18, 2004.    BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS

CIVILLE & TANG, PLLC.

Date: October 19, 2004.    BY: _____
G. PATRICK CIVILLE, ESQ.
Attorneys for Defendants