CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*South Pacific Petroleum Corporation*



FILED
DISTRICT COURT OF GUAM

MAY - 6 2005

MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| JAMES B. McDONALD, JR., | ) | CIVIL ACTION NO. 02-00031 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION OF DEFENDANT SOUTH PACIFIC CORPORATION FOR SUMMARY JUDGMENT** |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, | ) | |
| Defendant. | ) | |

Defendant, South Pacific Petroleum Corporation ("SPPC"), hereby moves for an order granting summary judgment in its favor against the plaintiff on all claims raised in the First Amended Complaint. The basis for this motion is that there are no material issues of fact in dispute to support the plaintiff's claims and SPPC is entitled to summary judgment as a matter of law. This motion is made pursuant to FRCP 56, and is supported by the accompanying Memorandum of Points and Authorities, and by the declarations of Brian Suhr, Michael Hahm and

///

///

G. Patrick Civille filed herewith, and attachments thereto, together with all matters of record and such evidence as may be adduced at a hearing on this motion.

DATED at Hagåtña, Guam, this 6th day of May, 2005.

CIVILLE & TANG, PLLC

By: *[signature]*
G. PATRICK CIVILLE
*Attorneys for Defendant*
*South Pacific Petroleum Corporation*
