CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*
*South Pacific Petroleum*
*Corporation*



FILED
DISTRICT COURT OF GUAM

MAY - 6 2005

MARY L.M. MORAN
CLERK OF COURT

(35)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL ACTION NO. 02-00031 |
| Plaintiff, | |
| v. | DECLARATION OF G.W. "FRANK" GUMATAOTAO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, | |
| Defendants. | |

I, G.W. "FRANK" GUMATAOTAO, hereby declare under penalty of perjury as follows:

1. I am the Executive Vice-President and General Manager of Island Equipment Corporation. This declaration is based upon personal knowledge and if called upon to testify I would testify as set forth herein.

2. On or about November 2001, Island Equipment Company sold its liquid propane gas ("LPG") retail distribution operations to South Pacific Petroleum, Inc. ("SPPC"). I became acquainted with SPPC's management team, including its president, Brian Suhr and two of its vice-presidents, Michael Hahm and Jim McDonald, through discussions that spanned more than a year prior to the transaction.

3. I had previously met Jim McDonald through business between Island

Equipment Company and Exxon when McDonald had served as General Manager and again when he was an executive with Mobil Oil. I believe Exxon was in litigation with Island Equipment regarding LPG cylinder refills at that time.

4. During the course of negotiations with SPPC, we met several times and these sometimes included meals. We once met for lunch at the Palace Hotel on Guam. Hal Stempel, my predecessor as the GM of Island Equipment and I joined Brain Suhr, Michael Hahm, Jim McDonald and possibly one or two other SPPC people. During the meal, we chatted about a variety of subjects and either Michael Hahm or Brian Suhr mentioned that their (SPPC) "chairman" had told them to lose weight and quit smoking or be terminated. Brian, Michael and Jim indicated they took the chairman's mandate to heart. Jim commented that it was tough to lose weight, but being overweight never adversely affected his work. Someone said that this instruction came at a particularly stressful time for Michael since he was also engaged in a difficult divorce. Michael was already losing weight as he pointed to his loose clothing. I don't recall Brian as having a weight issue. Someone further indicated that the chairman was concerned about their health.

5. I have never heard Brian Suhr or Michael Hahm make any disparaging or inappropriate comments regarding Chamorro ethnicity.

I declare under penalty of perjury under the laws of Guam and the United States of America that the foregoing is true and correct.

Executed on May 6, 2005, Hagåtña, Guam.

*signature*

G.W. FRANK GUMATAOTAO

2
Case 1:02-cv-00031    Document 37    Filed 05/06/2005    Page 2 of 2