CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*South Pacific Petroleum Corporation*



FILED
DISTRICT COURT OF GUAM

MAY 1 8 2005

MARY L.M. MORAN
CLERK OF COURT



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| JAMES B. McDONALD, JR., | ) | CIVIL ACTION NO. 02-00031 |
| Plaintiff, | ) ) ) | **NOTICE OF HEARING SOUTH** |
| vs. | ) ) ) | **PACIFIC PETROLEUM CORPORATION'S MOTION FOR** |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, | ) ) ) | **SUMMARY JUDGMENT** |
| Defendant. | ) ) | |

PLEASE TAKE NOTICE that the hearing on Defendant South Pacific Petroleum Corporation's Motion for Summary Judgment filed May 6, 2005, shall take place on Friday, July 8, 2005, at the hour of 9:00 a.m.

DATED at Hagåtña, Guam, this 17th day of May, 2005.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*South Pacific Petroleum Corporation*

ORIGINAL