CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*South Pacific Petroleum Corporation*



FILED
DISTRICT COURT OF GUAM

MAY 1 8 2005

MARY L.M. MORAN
CLERK OF COURT



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| JAMES B. McDONALD, JR., | ) | CIVIL ACTION NO. 02-00031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AGREEMENT RE: HEARING DATE** |
| | ) | **ON SOUTH PACIFIC PETROLEUM** |
| SOUTH PACIFIC PETROLEUM | ) | **CORPORATION'S MOTION FOR** |
| CORPORATION, a Guam Corporation, | ) | **SUMMARY JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, G. Patrick Civille, am the attorney for Defendant South Pacific Petroleum Corporation ("SPPC") in the above-captioned matter.

1. On May 9, 2005, I was advised by the Clerk's Office that a district judge is available July 8, 2005 at 9:00 a.m. to hear SPPC's Motion for Summary Judgment filed May 6, 2005.

2. On May 17, 2005, I spoke with William Gavras, counsel for Plaintiff James B. McDonald, Jr., regarding an agreement for a date for oral argument on SPPC's Motion for Summary Judgment. I informed Mr. Gavras a district judge is available on July 8, 2005 at 9:00

ORIGINAL

a.m. to hear SPPC's motion for summary judgment. Mr. Gavras indicated that he was not opposed to that date and time.

DATED this 17th day of May, 2005.

CIVILLE & TANG, PLLC

By: /s/
G. PATRICK CIVILLE
*Attorneys for Defendant*
*South Pacific Petroleum Corporation*

SO AGREED:

**GORMAN & GAVRAS**

By: /s/
WILLIAM GAVRAS
*Attorneys for Plaintiff*

Date: May 17, 2005