William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JAMES B. McDONALD, JR.

**FILED**
DISTRICT COURT OF GUAM

JUN 20 2005

MARY L.M. MORAN
CLERK OF COURT



## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL CASE NO. 02-00031 |
| Plaintiff, | |
| vs. | |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, | PLAINTIFF'S TRIAL BRIEF |
| Defendant. | |

COMES NOW, Plaintiff, by and through counsel, and for his trial brief states as follows:

**Factual Contentions**

Plaintiff contends that he was terminated from his employment with Defendant because of his race and ethnic origin (Pacific Islander) and because of his appearance (overweight). Plaintiff contends that due to his weight he was perceived by his employer or regarded as having a physical impairment. Plaintiff also contends that he was subjected to a racially hostile work environment while employed with the Defendant. Plaintiff also contends that he was subjected to a hostile work environment

as a result of his obesity and/or his perceived obesity. Plaintiff contends that during his employment with Defendant his work performance was acceptable and satisfactory. The Defendant denies that it participated or condoned these hostile acts.

As a result of his termination, Plaintiff lost income and benefits, suffered mentally and emotionally and was forced to leave Guam and relocate in the States.

### Issues of Law To Be Determined

1. Whether Plaintiff is a member of a protected class. <u>McDonnell Douglas v. Green</u>, 411 U.S. 792, 802 (1973); <u>St. Mary's Honor Ctr. V. Hicks</u>, 509 U.S. 502, 506 (1993).

2. Whether Defendant is an "employer" under Title VII. 42 U.S.C. §2000e(b). An entity is as "employer" under Title VII if it is a "person engaged in an industry affecting commerce who has fifteen or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year."

3. Whether the reason given by the Defendant for Plaintiff's termination was pretextual. <u>McDonnell Douglas v. Green</u>, 411 U.S. 792, 802 (1973).

4. Whether Plaintiff exhausted his administrative Remedies with respect to American With Disabilities Act claims.

5. Whether Plaintiff is disabled under the American with Disabilities Act and/or was he regarded by his employer as having a physical impairment such that he is protected under the American with Disabilities Act.

6. Whether Plaintiff allegations that he was ridiculed for being obese during his employment constitutes a hostile work environment.

**Evidentiary Problems**

None are anticipated.

**Abandonment of Issues**

None.

LAW OFFICES OF GORMAN & GAVRAS

Date: June 20, 2005.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
JAMES B. McDONALD, JR.

**CERTIFICATE OF SERVICE**

I certify that I will cause to be served upon Mikel W. Schwab, Esq. of the United States Attorney's Office a true and correct copy of this document on or before June 20, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Date: June 20, 2005.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
JAMES B. McDONALD, JR.