# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
### HONORABLE JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
## CIVIL MINUTES - GENERAL

**CASE NO. CV-02-00031**    **DATE: 06/21/2005**    **TIME: 8:58 a.m.**

**CAPTION:**

**JAMES B. MCDONALD, JR.** - vs - **SOUTH PACIFIC PETROLEUM CORPORATION, A Guam Corporation, et al.**

***

Courtroom Deputy: Virginia T. Kilgore    Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded   (Run Time: 8:58:45 - 9:01:34)    Court Security: B. Pereda

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**    **COUNSEL FOR DEFENDANT(s):**

WILLIAM GAVRAS    G. PATRICK CIVILLE

***

**PROCEEDINGS:    PRELIMINARY PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement

( ) ORDER SUBMITTED ___ Approved ___ Disapproved

( ) ORDER to be Prepared By:

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:** Court informed the parties that trial is set for July 12, 2005 at 9:30 a.m. before Judge Takasugi. The Court also stated that a hearing on the motion for summary judgment is set for July 8, 2005 at 9:00 a.m. The Court reminded parties to all file pretrial documents no later than June 28, 2005.

END TIME: 9:01 a.m.

L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-02-00031.wpd