William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
JAMES B. McDONALD, JR.

FILED
DISTRICT COURT OF GUAM
JUN 2 8 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL CASE NO. 02-00031 |
| Plaintiff, | |
| vs. | ANNOUCEMENT OF SETTLEMENT |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, | |
| Defendant. | |

Comes Now the parties and hereby announce that settlement has been reached in the above styled action.

LAW OFFICES OF GORMAN & GAVRAS

Date: June 27, 2005

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
JAMES B. McDONALD, JR.

**McDonald vs. SPC**
**Announcement of Settlement**
**June 27, 2005**

CIVILLE & TANG, PLLC.

Date: June 27, 2005       BY: _____
                          G. PATRICK CIVILLE, ESQ.
                          Attorneys for Defendants