CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*South Pacific Petroleum*
*Corporation*



**FILED**
DISTRICT COURT OF GUAM

JUL - 5 2005

MARY L.M. MORAN
CLERK OF COURT



## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| JAMES B. McDONALD, JR., | ) | CIVIL ACTION NO. 02-00031 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| | ) | **VACATING TRIAL DATE** |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, | ) | |
| Defendants. | ) | |

The parties hereby stipulate that the pretrial conference scheduled for July 5, 2005, and all other dates in the Scheduling Order be vacated. The basis for this stipulation is that the parties have reached a settlement, and are in the process of circulating the required closing documents.

SO STIPULATED.

GORMAN & GAVRAS, P.C.

Date: July 1, 2005

By: _____
WILLIAM GAVRAS
*Attorneys for Plaintiff*
*James B. McDonald, Jr.*

///

///

James B. McDonald, Jr. v. South Pacific Petroleum Corporation
Civil Action No. 02-00031
Stipulation and Order Vacating Trial Date

CIVILLE & TANG, PLLC

Date: July 1, 2005

By: /s/ G. Patrick Civille
G. PATRICK CIVILLE
*Attorneys for Defendant South Pacific Petroleum Corporation*

## ORDER

IT IS HEREBY ORDERED that the above stipulation is hereby approved, and all dates in the Scheduling Order are hereby vacated. The parties shall submit a fully executed Stipulation and Order of Dismissal by the close of business on Monday, July 11, 2005.

DATED: 7/5/05

~~JOAQUIN V.E. MANIBUSAN, JR.~~
~~Magistrate Judge~~
ROBERT M. TAKASUGI, DESIGNATED DISTRICT JUDGE


RECEIVED
JUL - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2