**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant South Pacific Petroleum Corporation*



FILED
DISTRICT COURT OF GUAM

AUG 15 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR., | CIVIL ACTION NO. 02-00031 |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| SOUTH PACIFIC PETROLEUM CORPORATION, a Guam Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Plaintiff's Complaint in the above-captioned matter shall be dismissed with prejudice, the parties to bear their respective attorney's fees and costs.

SO STIPULATED this 12th day of August, 2005.

**GORMAN & GAVRAS, P.C.**

By: _____
**WILLIAM GAVRAS**
*Attorneys for Plaintiff*
*James B. McDonald, Jr.*

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*South Pacific Petroleum Corporation*

ORIGINAL