UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JAMES B. McDONALD, JR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOUTH PACIFIC PETROLEUM<br>CORPORATION, a Guam Corporation,<br><br>    Defendant. | CIVIL CASE NO. 02-00031<br><br>**J U D G M E N T** |

    Judgment is hereby entered in accordance with the Stipulated Dismissal with Prejudice filed August 15, 2005.

    Dated this 17th day of August, 2005, Hagatna, Guam.

    /s/ Mary L.M. Moran
    Clerk of Court