|  |  |
|---|---|
| James B. McDonald Jr.,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>South Pacific Petroleum Corporation, et al.,<br><br>　　　　　Defendant. | Case No. 1:02-cv-00031<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and the Notice of Entry of Judgment signed on August 17, 2005* on the dates indicated below:

*Gorman and Gavras*　　　　　　　　　　*Civille and Tang*
*August 17, 2005*　　　　　　　　　　　*August 17, 2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and the Notice of Entry of Judgment signed on August 17, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 17, 2005　　　　　　　　　　　　/s/ Shirlene A. Ishizu
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk